# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MICHAEL HERNANDEZ,

        Plaintiff,

v.

GLY, et al.,

        Defendant.

Case No. C21-0596-MJP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff applied to proceed *in forma pauperis* (IFP). (Dkt. 1). He indicates that he is unemployed and has no cash resources, but also that he has received income over the past year and incurs consistent monthly expenses. The Court is unable to assess Plaintiff's IFP request. Plaintiff must provide more information regarding his financial status, including how he satisfies his monthly expenses and why his prior income is insufficient to pay court fees. Plaintiff is directed to submit a revised IFP application within **twenty (20) days** of this Minute Order. Failure to do so may result in denial of his application and/or dismissal of this matter.

Dated this 7th day of May, 2021.

                                      William M. McCool
                                      Clerk of Court

                                      By: s/ Kadya Peter
                                      Deputy Clerk

MINUTE ORDER - 1