UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL HERNANDEZ,

        Plaintiff,

   v.

GLY, et al.,

        Defendant.

Case No. C21-0596-MJP

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff applied to proceed *in forma pauperis* (IFP). Dkt. 1. On May 7, 2021, the Court issued a Minute Order requesting more information and directing Plaintiff to submit a revised IFP application within 20 days. Dkt. 3. Plaintiff did so on May 22, 2021. Dkt. 4. Because Plaintiff's revised IFP application indicates that he does not appear to have funds available to pay the $402.00 filing fee, he financially qualifies for IFP status under 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's revised IFP application (Dkt. 4) is GRANTED. The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Marsha J. Pechman.

Dated this 26th day of May, 2021.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1