1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL HERNANDEZ,

         Plaintiff,

    v.

GLY, et al.,

         Defendants.

CASE NO. C21-596 MJP

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The parties have not complied with the order directing that a joint status report by filed by August 31, 2021. (Dkt. No. 10.)

The time for filing the report is hereby extended to ten days from the date of this order. If the report is not filed by that time, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice.

\\

MINUTE ORDER - 1

Dated: [Pick the date].

Ravi Subramanian
Clerk of Court

s/ Paula McNabb
Deputy Clerk