UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL HERNANDEZ, | CASE NO. C21-596 MJP |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| GLY, et al., | |
| Defendants. | |

The Court approved a Minute Order entered on September 8, 2021 that noted the Parties' failure to file a joint status report as required by August 31, 2021 and required the Parties to file a joint status report by September 18, 2021. (Dkt. No. 11.) The Court warned the Parties that failure to file the joint status report could result in dismissal for failure to prosecute. (Id.) As of the date of this Order, the Parties have not filed a joint status report. The Court DISMISSES the case without prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b).

\\

\\

The clerk is ordered to provide copies of this order to all counsel.

Dated September 22, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL - 2